1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF CALIFORNIA
9
10
11  MELISSA LEWIS, ADAM JOHNSTON, )
                                  )
12                                )
                     Plaintiff,   )          1:06-cv-1510 OWW DLB
13                                )
        v.                        )
14                                )
    ARNOLD SCHWARZENEGGER, et al. )           ORDER DISMISSING ACTION
15                                )           PURSUANT TO STIPULATION
                                  )           AND VACATING HEARING ON
16                  Defendant     )           MOTION TO DISMISS
    _____)
17

18       Pursuant to the stipulation submitted by the parties, this

19  action is ordered dismissed without prejudice.

20       The hearing on the motion to dismiss set for January 22, 2007,

21  is vacated. IT IS SO ORDERED.

22  **Dated:   January 17, 2007**            _____/s/ Oliver W. Wanger_____
    emm0d6                                   UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28                                    1